Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District Of Illinois

In re _____Crawford, Derrick R_____,    Case No. 08-30940
            Debtor

Chapter 7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 299.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 74.75    Check one ☐ With the filing of the petition, or
                       ☐ On or before _____11/28/08_____

   $ 74.75    on or before _____12/12/08_____

   $ 74.75    on or before _____12/26/08_____

   $ 74.75    on or before _____12/31/08_____

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____     _Derrick Crawford_  _11-13-08_
Signature of Attorney        Date       Signature of Debtor        Date
                                        (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                        _____
                                        Signature of Joint Debtor (if any)    Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## Northern District Of Illinois

In re    Crawford, Derrick R    ,    Case No. 08-30940
            Debtor

Chapter    7

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐    With the filing of the petition, or
                        ☐    On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: NOV 1 3 2008

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

*United States Bankruptcy Judge*